**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT L. BEECHAM, *ET AL.,* )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, *ET AL.,* )<br>)<br>Defendants. ) | Civil Case No. 01-2243 (RWR/DAR) |

**DEFENDANTS' MOTION TO CONTINUE HEARING/STATUS CONFERENCE**

Defendants move for a continuance and that an Order be entered by the Court setting the above captioned matter for a status conference/hearing on November 7, 2006. The following is submitted in support of the motion:

1. The matter has been set for a status conference/hearing for October 18, 2006 at 3:00 p.m.

2. Counsel submitting the motion is in the process of receiving instructions for a possible resolution of this case by means other than continuing this litigation.

3. The hearing scheduled by the Court may become moot within a very short time.

4. Defendants should be given a reasonable opportunity in order to resolve the case. Such an opportunity will allow the parties to avoid needless and wasteful litigation before the Court.

5. Plaintiffs' counsel, Tom Fay, Esq, does not consent to the continuance.

Dated: October 17, 2006

          Respectfully Submitted,

          //s//
          Arman Dabiri
          Law Offices of Arman Dabiri & Associates, PLLC
          1725 I Street, N.W.
          Suite 300
          Washington, D.C. 20006
          (202) 349-3893
          E-mail: armandab@worldnet.att.net

          *Counsel for Libyan defendants*