**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

NOV 6 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT LEE BEECHAM, *et al.*,

*Plaintiffs*,

v.

GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*,

*Defendants.*

Civil Action No. 01-02243 (RWR) (DAR)

**STIPULATION OF DISMISSAL**

WHEREAS, on July 31, 2008 Congress passed and on August 4, 2008 the President signed the Libyan Claims Resolution Act, Pub. L. No. 110-301 (2008) (Exhibit A);

WHEREAS, on August 14, 2008 the United States and Libya executed a Claims Settlement Agreement (Exhibit B);

WHEREAS, on October 31, 2008 the Secretary of State provided her Certification under Section 5(a)(2) of the Libyan Claims Resolution Act (Exhibit C); and

WHEREAS, on October 31, 2008 the President issued an Executive Order regarding the settlement of claims against Libya (Exhibit D);

WHEREFORE, all Plaintiffs and all Defendants who have appeared in this action hereby stipulate to the dismissal of this action in its entirety with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Plaintiff Tessie Mae Brown, whose claims Plaintiffs' counsel have raised with U.S. Government officials regarding their disposition and compensation, does not waive any rights to pursue and obtain compensation in the process(es) being established by the U.S. Government.

Further, Plaintiff Tessie Mae Brown expressly reserves all rights and does not waive any rights against the U.S. Government. In connection with this Stipulation of Dismissal, Plaintiff Tessie Mae Brown withdraws as moot her Motion and Memorandum to Sever the Claim of Tessie Mae Brown from Civil Action No. 01-2243 (RWR) and Assign a new Civil Action Number to Tessie Mae Brown's Claim (D.E. 169).

The parties also hereby stipulate to bear their own costs.

The parties respectfully request that the Court endorse the stipulation as an Order by signing the So Ordered line below.

Dated: November 5, 2008

Respectfully submitted,

**STEIN, MITCHELL & MEZINES**

/s/ Robert L. Bredhoff

Jacob A. Stein (D.C. Bar No. 052233)
Robert L. Bredhoff (D.C. Bar No. 338103)
1100 Connecticut Avenue, N.W. #1100
Washington, DC 20036
Telephone: (202) 737-7777

**PATTON BOGGS, LLP**

/s/ Mario V. Mirabelli

Mario V. Mirabelli (D.C. Bar No. 131284)
2550 M Street, N.W.
Washington, DC 20037
Telephone: (202) 457-5250

**PERLES LAW FIRM, PLC**

/s/ Steven R. Perles

Steven R. Perles (D.C. Bar No. 326975)
1146 19th Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 955-9055
Facsimile: (202) 955-3806

**THOMAS FORTUNE FAY, P.C.**

/s/ Thomas Fortune Fay
Thomas Fortune Fay (D.C. Bar No. 23929)
601 Pennsylvania Avenue, N.W.
#900 – South Building
Washington, DC 20004
Telephone: (202) 589-1300

*Counsel for all Plaintiffs*

**WHITE & CASE LLP**

/s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel for Defendants Socialist People's Libyan Arab Jamahiriya, the Libyan Security Organization, Jamahiriya Security Organization, the Socialist People's Libyan Arab Jamahiriya Ministry for Information and Security, and the Libyan External Security Organization*

**BAACH, ROBINSON & LEWIS**

/s/ H. Bradford Glassman
Eric L. Lewis (D.C. Bar No. 394643)
H. Bradford Glassman (D.C. Bar No. 473903)
1201 F Street N.W. – Suite 500
Washington, DC 20004
Telephone: (202) 833-8900
Facsimile: (202) 466-5738

*Counsel for Libyan Head of State Muammar al-Ghaddafi and Foreign Minister Omar Mustafa al-Muntasir*

So Ordered. Dated 11/6/08

Richard W. Roberts
United States District Judge